IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORTHSTAR MARINE, INC., | : | |
| Plaintiff, | : | |
| v. | : | CA 13-00037-WS-C |
| MICHAEL HUFFMAN and HUFFMAN CONSTRUCTION, INC., | : | **IN ADMIRALTY** |
| Defendants. | : | |

## SUPPLEMENTAL RULE 16(b) SCHEDULING ORDER

A supplemental Rule 26(f) Report (Doc. 21) has been reviewed.

It is decided that the parties have examined the applicability of electronically stored information (ESI) to this matter, have agreed on the scope of ESI to be preserved[1]; have agreed on the methodology for reviewing preserved ESI[2]; and have agreed as to the manner of its production.[3]  Any variance from these agreements must be explained fully if any motion concerning ESI is filed.

The parties have also informed the Court that, "[s]hould either party inadvertently produce privileged information that information shall immediately be returned to producing party within 48 hours of receipt of a written request" and "[a]n

---

[1] The parties have agreed on a relevant time period (January 1, 2010 through January 24, 2013) and have identified key custodians.

[2] The parties have identified keywords to be searched "on all network, desktop and laptop computers used by any employee or agent during the [r]elevant [p]eriod."  The parties further inform the Court that, "[o]ther than these keyword searches, [they] do not expect to perform any forensic searches on computer hard drives."

[3] The parties have agreed that, after conducting keyword searches, "[a]ll documents in the search result sets shall be produced immediately to the other side in native format including all metadata."

inadvertent production of such information shall not be viewed as a waiver of the attorney client privilege pursuant to [Fed. R. Evid.] 502[.]"

**DONE and ORDERED** this the 11th day of June, 2013.

                                          s/WILLIAM E. CASSADY
                                          **UNITED STATES MAGISTRATE JUDGE**