IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORTHSTAR MARINE, INC., | : | |
| Plaintiff, | : | |
| v. | : | CA 13-00037-WS-C |
| MICHAEL HUFFMAN and HUFFMAN CONSTRUCTION, INC., | : | IN ADMIRALTY |
| Defendants. | : | |

## ORDER

The defendants have filed a motion to enforce the parties' document production agreement (Doc. 25).  Specifically, the defendants request that the court enter an order compelling the plaintiff to collect and produce electronically stored information in the method agreed to by the parties in their supplement to their Rule 26(f) Report (Doc. 21) and ordered by the Court in the Supplemental Rule 16(b) Scheduling Order (Doc. 22). The plaintiff shall file a response to the defendants' motion by **August 21, 2013**.  Then this matter will be taken under submission without further briefing.

**DONE and ORDERED** this the 14th day of August, 2013.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**