IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NORTHSTAR MARINE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No: 1:13-cv-00037-WS-C |
| | ) | |
| MICHAEL HUFFMAN AND | ) | In Admiralty // Rule 9(h) |
| HUFFMAN CONSTRUCTION, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANTS'
MOTION TO ENFORCE DOCUMENT PRODUCTION AGREEMENT**

COMES NOW Plaintiff, Northstar Marine, Inc., (hereinafter referred to as "Northstar") by and through its undersigned counsel of record, hereby responds to Defendants' Motion to Enforce Document Production Agreement (Doc. 25) as follows:

1. On June 10, 2013 the parties filed a Supplement to Rule 26(f) Report regarding electronic discovery.  See Doc. 21.

2. The Report identified a general method and keywords for searching of electronically stored information.

3. At the time of the filing of the report, it was believed by Plaintiff that providers of electronic search technology were readily available in its area and that implementation of the technology was inexpensive.

4. Plaintiff subsequently contacted its IT provider to begin the process of collection.

5. The IT provider performed an inquiry as to which machines would need to be searched and began to formulate a work plan and schedule.

6. The IT provider met with the Plaintiff and identified the hardware that was subject to discovery.

7. On the day that the IT group was to provide a date certain for making the files available, the IT owner called Plaintiff to advise that it did not have the capabilities to meet the requirements of the methods contained in this Court's Order.

8. Plaintiff immediately thereafter sought outside assistance from potential providers in the Philadelphia metropolitan area.

9. Plaintiff has received a quote from a provider that is in excess of $3,000.00, a figure that Plaintiff does not characterize as inexpensive.

10. Plaintiff has since sought out other providers in an attempt to find a reasonably inexpensive provider that can meet the requirements of this Court's Order.

11. This process should be completed in short order.  Undersigned counsel has requested an estimated time from his client and will file a supplemental response immediately upon receipt of this information.

12. Plaintiff and its counsel would show that any delay in compliance with the supplemental scheduling order is not intended to disrupt the prosecution of the lawsuit, nor should it act to prejudice any party hereto.

　　　　Done this 21st day of August, 2013.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ John P. Kavanagh, Jr.*
　　　　　　　　　　　　　　　　　　　JOHN P. KAVANAGH, JR.  (KAVAJ1011)
　　　　　　　　　　　　　　　　　　　john.kavanagh@burr.com
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff, Northstar Marine, Inc

OF COUNSEL:

BURR & FORMAN LLP
Post Office Box 2287
Mobile, Alabama  36652
Telephone:  (251) 344-5151
Facsimile:   (251) 344-9696

                                      BRIAN McEWING (PHV)
                                      REEVES McEWING, LLP
                                      681 Town Bank Rd.
                                      Cape May, NJ 08204
                                      609.846.4717
                                      mcewing@lawofsea.com
                                      Attorney for Plaintiff, Northstar Marine, Inc.


## **CERTIFICATE OF SERVICE**

      I hereby certify that I have served a copy of the foregoing document by electronically filing same with the Clerk of Court using the CM/ECF system, which will send notifications of such filing to the following: (or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email) on this the 21st day of August, 2013.

A. Clay Rankin, III, Esq.
Hand Arendall, LLC
PO Box 123
Mobile, AL 36601
Phone:  251-694-6207
Fax:     251-544-1632
Email:  crankin@handarendall.com

John S. Jernigan, Esq.
Jernigan Law Firm, PC
PO Box 828
Brewton, AL 36427
Phone:  251-809-2981
Fax:     251-809-2980
Email:  Johnjernigan901@bellsouth.net


                                      ***/s/ John P. Kavanagh, Jr.***
                                      OF COUNSEL